**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| **JOSEPH ANTHONY JONES,** | |
| **# 656351** | **PLAINTIFF** |
| | |
| **v.**        **CASE NO. 3:09cv00214 BSM/JJV** | |
| | |
| **MICHAEL CLARK, Treatment Coordinator, Osceola** | |
| **Department of Community Correction, et al.** | **DEFENDANTS** |

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that plaintiff's claims against defendants Flores, Silliman, Hunt, and Kesraj are DISMISSED WITHOUT PREJUDICE, and the remainder of plaintiff's claims are DISMISSED WITH PREJUDICE. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 15th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE